*E-FILED*
June 20, 2006

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAREK MOLSKI, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ROBATA GRILL & SAKE BAR, et al.,<br><br>    Defendants.<br>_____/ | No. C 04-04679 HRL (RS)<br><br>**ORDER RESCHEDULING SETTLEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

    IT IS HEREBY ORDERED that the settlement conference scheduled for **June 19, 2006** in Courtroom 4, Fifth Floor, 280 South First Street, San Jose, California has been rescheduled to **September 7, 2006 at 9:30 a.m**.

    Counsel who will try the case shall appear at the settlement conference with the parties and with the person or persons having full authority to negotiate and to settle the case. Settlement conference statements, if not previously submitted, are due seven (7) days prior to the settlement conference. All other provisions of this Court's Order dated May 3, 2006 shall remain in effect.

1  The parties shall notify Magistrate Judge Seeborg's chambers **immediately** if this case settles
2  prior to the date set for settlement conference.

4  Dated:   June 20, 2006

   RICHARD SEEBORG
   United States Magistrate Judge

2

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

Thomas E. Frankovich, Esq.
Email: tfrankovich@disabilitieslaw.com

Duron Ohel, Esq.
Email: dohel@ohellaw.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: June 20, 2006

                                        CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

                                        By:   /s/ *BAK*