1  THOMAS E. FRANKOVICH (State Bar #074414)
   JENNIFER L. STENEBERG (State Bar #202985)
2  THOMAS E. FRANKOVICH,                              *E-filed 10/27/06*
   *A PROFESSIONAL LAW CORPORATION*
3  2806 Van Ness Avenue
   San Francisco, CA   94109
4  Telephone:   415/674-8600
   Facsimile:    415/674-9900
5
   Attorneys for Plaintiffs JAREK MOLSKI
6  and DISABILITY RIGHTS ENFORCEMENT,
   EDUCATION SERVICES
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 JAREK MOLSKI, an individual; and          )   **CASE NO. C04-4679 HRL**
   DISABILITY RIGHTS                         )
11 ENFORCEMENT, EDUCATION,                   )   **STIPULATION OF DISMISSAL AND**
   SERVICES:HELPING YOU HELP                 )   **[PROPOSED] ORDER THEREON**
12 OTHERS, a California public benefit       )
   corporation,                              )
13                                           )
            Plaintiffs,                      )
14                                           )
   v.                                        )
15                                           )
   ROBATA GRILL & SAKE BAR;                  )
16 GRANDEZA INC., a California               )
   corporation,                              )
17                                           )
            Defendant.                       )
18 _____   )

19        The parties, by and through their respective counsel, stipulate to dismissal of this

20 action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the

21 Equitable Settlement Agreement and Release ("Agreement"), each party is to bear its own costs

22 and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction

23 over enforcement of the Agreement. *See* Kokkonen v. Guardian Life Ins. Co., 511 U.S. 375

24 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement

25 agreements).

26        Therefore, IT IS HEREBY STIPULATED by and between parties to this action through

27 their designated counsel that the above-captioned action be and hereby is dismissed with

28 prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: October 26, 2006          THOMAS E. FRANKOVICH,
                                 *A PROFESSIONAL LAW CORPORATION*

                                 By:   /s/ Jennifer L. Steneberg
                                       Jennifer L. Steneberg
                                 Attorney for Plaintiffs JAREK MOLSKI and
                                 DISABILITY RIGHTS ENFORCEMENT,
                                 EDUCATION SERVICES: HELPING YOU
                                 HELP OTHERS

Dated: October 24, 2006          LAW OFFICES OF DORON OHEL

                                 By:   /s/ Doron Ohel
                                       Doron Ohel
                                 Attorneys for Defendant GRANDEZA INC., dba
                                 ROBATA GRILL & SAKE BAR

## ORDER

IT IS HEREBY ORDERED that matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Equitable Settlement Agreement and Release should such enforcement be necessary.

Dated: __ October 27 _, 2006

_____
Howard R. Lloyd
UNITED STATES DISTRICT JUDGE